UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JACK J. BATTLE, | Case No. 3:16-cv-00242-MMD-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN BYRNE, et al., | |
| Respondents. | |

On April 12, 2018, petitioner filed a motion seeking a ruling from the Court on his 28 U.S.C. § 2254 petition (ECF Nos. 26, 27). The Court issued an order on the merits of the petition on April 10, 2018. Petitioner's motion for a ruling (ECF Nos. 26, 27) is accordingly denied as moot.

DATED THIS 13th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE